IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TOM G. CLOWER                                                                                               PLAINTIFF

        v.                         Civil No. 15-5260

SHERIFF KELLY CRADDUCK,
ET AL.                                                                                        DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this action pursuant to 42 U.S.C. § 1983. With his complaint, Plaintiff filed a motion to proceed *in forma pauperis* (IFP)(Doc. 2). In reviewing the motion, the Court noted that the Plaintiff had listed various assets including three vehicles for which he did not list any payments, two lake lots with $5,000 in equity, and timberland with $35,000 in equity. Based on these assets, Plaintiff was directed to show cause (Doc. 4) why he was unable to pay the costs of this lawsuit.

Plaintiff responded to the show cause order (Doc. 4) by filing an amended motion to proceed IFP (Doc. 5). In the amended motion (Doc. 5), Plaintiff indicated that all three of his vehicles, valued at $33,500, are paid for, he has $5000 in equity on the two lake lots, and $35,000 in equity on the timberland. With respect to his home, Plaintiff indicates it is valued at $105,000 and has a reverse mortgage that has been completely depleted. Plaintiff indicated he has the following sources of income: $700 per month from his employment with Guardsmark; $160 per month for serving civil process; and $709 per month from Social Security.

Given his assets and income, I recommend that the motion to proceed IFP be denied. Plaintiff should be directed to pay the full filing fee.

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in**

**which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 18th day of November 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE