IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TOM G. CLOWERS                                                              PLAINTIFF

v.                              Case No. 5:15-CV-05260

KELLY CRADDUCK; JASON WOOD; CHARLES
"CHUCK" SNIDER; CHRIS C. SNIDER; CAPTAIN
CHRIS SPARKS; CAPTAIN LYNN HAHN; CAPTAIN
ANDY LEE, III; DOUG VANSCOY; NATHAN SMITH;
STEPHANIE MCLEMORE; ROGERS JUDGE PAUL
BRIDGES; SPRINGDALE JUDGE JEFF HARPER;
KATHY O'KELLY, Springdale Police Chief; MIKE
PETERS, Springdale Asst. Police Chief; D. TREAT,
Springdale Patrolman; and R. STEWART, Springdale
Patrolman                                                                  DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 6) from United States

Magistrate Judge Erin L. Setser.  Also before the Court are Plaintiff Tom G. Clowers's objections

(Doc. 7).  The Court has conducted a *de novo* review as to all specified proposed findings and

recommendations to which Plaintiff has raised objections.  28 U.S.C. § 636(b)(1)(c).  Upon due

consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure

from the Magistrate's findings and recommendations and that the Magistrate's report does not

otherwise contain any clear error.  Plaintiff's objections do not demonstrate that he is unable to pay

the filing fee in this case.

Accordingly, for the reasons stated in the Magistrate's report, IT IS ORDERED that

Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is DENIED, and Plaintiff is directed to pay

the filing fee of $400.00 by February 29, 2016.  Should Plaintiff fail to comply by that deadline, his

complaint may be dismissed for failure to obey a court order.

IT IS SO ORDERED this 1st day of February, 2016.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE